| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 00-00895-02 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 05-10046 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| DARA DICKSON | PUERTO RICO | US PROBATION OFFICE |
| 100 GREEN STREET | NAME OF SENTENCING JUDGE | |
| APT 216 | HON. CARMEN CONSUELO CEREZO | |
| FALL RIVER, MA 02720 | DATES OF PROBATION/ SUPERVISED RELEASE: TSR | FROM 5/13/02 — TO 5/12/06 |

**OFFENSE**
TITLE 21 USC 841(a)(1) AND TITLE 18 USC 2 AID AND ABET: POSSESS WITH INTENT TO DISTRIBUTE COCAINE, A SCHEDULE II NARCOTIC DRUG CONTROL SUBSTANCE

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___JUDICIAL___ DISTRICT OF ___PUERTO RICO___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Judicial District of Massachusetts___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___2/14/05___    ___[signature]___
*Date*            *United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___Feb 21 2005___    ___William A. Young___
*Effective Date*      *United States District Judge*